Certificate Number: 17082-PAM-DE-035063629

Bankruptcy Case Number: 20-03082


17082-PAM-DE-035063629

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on November 7, 2020, at 5:25 o'clock PM MST, KATHY A GERBER completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   November 7, 2020          By:     /s/Orsolya K Lazar

                                  Name:   Orsolya K Lazar

                                  Title:  Executive Director