United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                          Case No. 20-03082-RNO

Kathy Ann Gerber                                Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-5                         User: AutoDocke                         Page 1 of 2
Date Rcvd: Nov 24, 2020                 Form ID: ntcnfhrg                      Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathy Ann Gerber, 718 E Broad Street, Tamaqua, PA 18252-2209 |
| 5367090 | + | Americollect, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5367091 | + | Caliber Home Loans, 715 S metropolitan, Oklahoma City, OK 73108-2088 |
| 5367093 | | Financial Recoveries, 200 East Park Drive, Ste 100, North Thetford, VT 05054 |
| 5367096 | + | Michael O'Connor & Associates, 608 West Oak Street, PO BOX 201, Frackville, PA 17931-0201 |
| 5367098 | + | Select Portfolio SVCG, 10401 Derwood Park BV, Jacksonville, FL 32256-5007 |
| 5367100 | | Tamaqua Area School District, c/o Portnoff Law Assocs. LTD, PO Box 540, Wynnewood, PA 19096-0540 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5367092 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 24 2020 19:05:34 | Credit One bank, PO BOX 98872, Las Vegas, NV 89193-8872 |
| 5367094 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 24 2020 19:06:00 | Kohls Department Store, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 5371617 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Nov 24 2020 19:07:00 | LSRMF MH Master Participation Trust II, C/O Caliber Home Loans, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 5367095 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2020 19:05:35 | LVNV Funding LLC, PO BOX 1269, Greenville, SC 29602-1269 |
| 5370492 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2020 19:05:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5367097 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 24 2020 19:05:14 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 5367099 | + | Email/Text: bankruptcy@sccompanies.com | Nov 24 2020 19:07:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

Case 5:20-bk-03082-RNO    Doc 16    Filed 11/26/20    Entered 11/27/20 00:28:26    Desc
Imaged Certificate of Notice    Page 1 of 3

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2020   Signature:   /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2020 at the address(es) listed below:**

**Name**  **Email Address**

Charles Laputka

on behalf of Debtor 1 Kathy Ann Gerber claputka@laputkalaw.com
milda@laputkalaw.com;jen@laputkalaw.com;bkeil@laputkalaw.com

Charles J DeHart, III (Trustee)

TWecf@pamd13trustee.com

Rebecca Ann Solarz

on behalf of Creditor Towd Point Mortgage Trust 2019-1 U.S. Bank National Association, as Indenture Trustee c/o Select Portfolio Servicing, Inc. bkgroup@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kathy Ann Gerber,   Chapter   13

**Debtor 1**

Case No.   5:20−bk−03082−RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **December 30, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: January 6, 2021 <br> Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 24, 2020 |

ntcnfhrg (03/18)