UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KATHY ANN GERBER : CHAPTER 13
       Debtor(s) :
 :

CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
       Movant :
 :
       vs. :
 :
KATHY ANN GERBER :
       Respondent(s) : CASE NO. 5-20-bk-03082

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 6th day of January, 2021, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. The plan is underfunded relative to claims to be paid – 100% plan.
    b. Secured claims not in plan. More specifically, the plan does not provide for the arrears on the claim by Select Portfolio.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

               Respectfully submitted:

               Charles J. DeHart, III
               Standing Chapter 13 Trustee
               8125 Adams Drive, Suite A
               Hummelstown, PA 17036
               (717) 566-6097

       BY:       /s/Agatha R. McHale
                   Attorney for Trustee

CERTIFICATE OF SERVICE

       AND NOW, this 6th day of January, 2021, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Charles Laputka, Esquire
1344 West Hamilton Street
Allentown, PA   18102

                                              /s/Deborah A. Behney
                                              Office of Charles J. DeHart, III
                                              Standing Chapter 13 Trustee