UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Kathy Ann Gerber<br>　　　　　　　Debtor(s)<br><br>U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II, or its Successor or Assignee<br><br>　　　　　　　Movant<br>　　　vs.<br><br>Kathy Ann Gerber<br>Charles J DeHart, III (Trustee)<br>　　　　　　　Respondent(s) | Chapter 13<br><br>Bankruptcy No. 5:20-bk-03082-RNO |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II, secured creditor and party-in-interest in the above-captioned bankruptcy case, and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case, whether written or oral, be given to or served upon the undersigned at the address below-stated.

PLEASE TAKE FURTHER NOTICE that a demand is also made for service of copies of all papers, reports, pleadings, motions and applications (including notices thereof), petitions, plans of reorganization and answer or reply papers, and any amendments thereto, filed in the above-captioned case by mail or otherwise upon the undersigned at the address set forth below.

Dated: April 28, 2021

                /s/ Marisa Myers Cohen
                MARGARET GAIRO, ESQUIRE ID # 34419
                MARISA MYERS COHEN, ESQUIRE ID #87830
                LAUREN M. MOYER, ESQUIRE ID # 320589
                JAMES FRENCH, ESQUIRE ID # 319597
                JOHN M. KOLESNIK, ESQUIRE ID # 308877
                Attorney for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II
                123 South Broad Street, Suite 1400
                Philadelphia, PA 19109
                Telephone: (215) 790-1010
                Facsimile: (215) 790-1274
                Email: ecfmail@mwc-law.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Kathy Ann Gerber<br>　　　　Debtor(s)<br>U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II, or its Successor or Assignee<br>　　　　Movant<br>　　　　vs.<br>Kathy Ann Gerber<br>Charles J DeHart, III (Trustee)<br>　　　　Respondent(s) | Chapter 13<br><br>Bankruptcy No. 5:20-bk-03082-RNO |

## CERTIFICATION OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST OF SERVICE FOR SERVICE OF PAPERS

I, Marisa Myers Cohen, attorney for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II, hereby certify that I served a true and correct copy of the foregoing Notice of Appearance and Request of Service for Service of Papers, by United States Mail, first class, postage prepaid, and/or electronic means, upon the

following: Date Served: April 28, 2021

| | | |
|---|---|---|
| Kathy Ann Gerber<br>718 E Broad Street<br>Tamaqua, PA 18252 | Charles Laputka<br>Laputka Law Office<br>1344 W. Hamilton Streer<br>Allentown, PA 18102<br>Attorney for Debtor | Charles J DeHart, III<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036<br>Trustee |

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

　　　　　　　　　　　　　/s/ Marisa Myers Cohen
　　　　　　　　　　　　　MARGARET GAIRO, ESQUIRE ID # 34419
　　　　　　　　　　　　　MARISA MYERS COHEN, ESQUIRE ID #87830
　　　　　　　　　　　　　LAUREN M. MOYER, ESQUIRE ID # 320589
　　　　　　　　　　　　　JAMES FRENCH, ESQUIRE ID # 319597
　　　　　　　　　　　　　JOHN M. KOLESNIK, ESQUIRE ID # 308877
　　　　　　　　　　　　　Attorney for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II
　　　　　　　　　　　　　123 South Broad Street, Suite 1400
　　　　　　　　　　　　　Philadelphia, PA 19109
　　　　　　　　　　　　　Telephone: (215) 790-1010
　　　　　　　　　　　　　Facsimile: (215) 790-1274
　　　　　　　　　　　　　Email: ecfmail@mwc-law.com