## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    KATHY ANN GERBER                                    Case No.: 5-20-03082-MJC

                                                                              Chapter 13

    Debtor(s)

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                        **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | RUSHMORE LOAN MGMT SERVICE |
| Court Claim Number: | 02 |
| Last Four of Loan Number: | East Broad St - PRE-ARREARS - 4316 |
| Property Address if applicable: | 718 E BROAD STREET, , TAMAQUA, PA18252- |

**PART 2:**                        **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $14,593.13 |
| b. | Prepetition arrearages paid by the Trustee: | $14,593.13 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $14,593.13 |

**PART 3:**                        **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                        **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: April 21, 2022

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  info@pamd13trustee.com

Creditor Name: RUSHMORE LOAN MGMT SERVICE
Court Claim Number: 02

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------------|-------------|----------|------------|
| 5200  | 1228821 | 04/15/2021 | $254.34     | $0.00    | $254.34    |
| 5200  | 2000384 | 05/18/2021 | $287.97     | $0.00    | $287.97    |
| 5200  | 2001404 | 06/16/2021 | $297.46     | $0.00    | $297.46    |
| 5200  | 2002379 | 07/14/2021 | $297.47     | $0.00    | $297.47    |
| 5200  | 2003864 | 08/18/2021 | $297.46     | $0.00    | $297.46    |
| 5200  | 2004848 | 09/14/2021 | $297.46     | $0.00    | $297.46    |
| 5200  | 2005905 | 10/14/2021 | $297.47     | $0.00    | $297.47    |
| 5200  | 2006934 | 11/16/2021 | $288.92     | $0.00    | $288.92    |
| 5200  | 2007950 | 12/15/2021 | $288.91     | $0.00    | $288.91    |
| 5200  | 2008973 | 01/19/2022 | $288.92     | $0.00    | $288.92    |
| 5200  | 2009933 | 02/16/2022 | $288.92     | $0.00    | $288.92    |
| 5200  | 2010930 | 03/16/2022 | $288.91     | $0.00    | $288.91    |
| 5200  | 2011946 | 04/12/2022 | $11,118.92  | $0.00    | $11118.92  |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

KATHY ANN GERBER  Case No.: 5-20-03082-MJC
Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 21, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| CHARLES LAPUTKA ESQUIRE<br>1344 WEST HAMILTON STREET<br>ALLENTOWN PA, 18102- | SERVED ELECTRONICALLY |
| RUSHMORE LOAN MANAGEMENT SERVICES<br>PO BOX 55004<br>IRVINE, CA, 92619 | SERVED BY 1ST CLASS MAIL |
| KATHY ANN GERBER<br>718 E BROAD STREET<br>TAMAQUA, PA 18252- | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: April 21, 2022

/s/ Liz Joyce
for Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com