Fill in this information to identify the case:

Debtor 1    KATHY ANN GERBER

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    MIDDLE    District of   PA
                                                         (State)

Case number    20-03082/MJC

## Form 4100R

# Response to Notice of Final Cure Payment     10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

Name of creditor:    U.S. BANK, NA AS LEGAL TITLE TRUSTEE FOR
                   TRUMAN 2016 SC6 TITLE TRUST

**Court claim no. (if known):** 2

**Last 4 digits** of any number you use to identify the debtor's account:   4   3   1   6

**Property address:**    718 E. BROAD ST.

                   Number      Street

                   TAMAQUA, PA 18252

                   City            State     ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                              $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   6 / 1 / 2022
                                                       MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:      (a) $   0.00

b. Total fees, charges, expenses, escrow, and costs outstanding:      + (b) $ 925.00-PPFN

c. **Total.** Add lines a and b.      (c) $ -392.92-SUSPENSE
                                           TOTAL: $532.08

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   6 / 1 / 2022
                                           MM / DD / YYYY

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /S/EMMANUEL J. ARGENTIERI     Date 5 / 10 / 2022

    Signature

Print    EMMANUEL J. ARGENTIERI     Title   ATTY-AT-LAW

    First Name     Middle Name     Last Name

Company    ROMANO GARUBO & ARGENTIERI

If different from the notice address listed on the proof of claim to which this response applies:

Address

    Number     Street

    City     State     ZIP Code

Contact phone ( _____ ) _____ – _____     Email   BK@RGALEGAL.COM



### PAYMENT CHANGES

| DATE | P&I | Escrow | TOTAL | Reference |
|---|---|---|---|---|
| 09/01/18 | 273.70 | 169.38 | 443.08 | Payment listed in POC |
| 05/01/20 | 273.70 | 335.13 | 608.83 | Payment listed in POC |
| 11/01/20 | 273.70 | 219.01 | 492.71 | Payment listed in POC |
| 01/01/22 | 273.70 | 219.28 | 492.98 | NOPC filed with the court |
|  |  | 0.00 |  |  |
|  |  | 0.00 |  |  |
|  |  | 0.00 |  |  |
|  |  | 0.00 |  |  |
|  |  | 0.00 |  |  |
|  |  | 0.00 |  |  |

| | |
|---|---|
| Loan# | |
| Borrower: | Gerber |
| Date Filed: | 10/20/2020 |
| BK Case # | 20-03082 |
| | |
| First Post Petition Due Date: | 11/1/2020 |
| POC covers: | 09/01/18 - 10/01/20 |
| MOD EFFECTIVE DATE: | |

| Date | Amount Recv'd | Payment Type | Post Petition Due Date | Contractual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance | POC DATE PAID | POC Arrears Credit | POC Debit | POC Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Suspense Balance | | | | | | $0.00 | | | $0.00 | | | | $0.00 |
| | | | | | | $0.00 | | | $0.00 | | | | $0.00 |
| 11/27/2020 | $492.71 | Post | 11/1/20 | 9/1/18 | $492.71 | $0.00 | | | $0.00 | | | | $0.00 |
| 12/29/2020 | $492.71 | Post | 12/1/20 | 10/1/18 | $492.71 | $0.00 | | | $0.00 | | | | $0.00 |
| 1/29/2021 | $492.71 | Post | 1/1/21 | 11/1/18 | $492.71 | $0.00 | | | $0.00 | | | | $0.00 |
| 2/1/2021 | $492.71 | Post | 2/1/21 | 12/1/18 | $492.71 | $0.00 | | | $0.00 | | | | $0.00 |
| 2/16/2021 | $492.71 | Post | 3/1/21 | 1/1/19 | $492.71 | $0.00 | | | $0.00 | | | | $0.00 |
| 3/8/2021 | $492.71 | Post | 4/1/21 | 2/1/19 | $492.71 | $0.00 | | | $0.00 | | | | $0.00 |
| 3/15/2021 | $49.63 | Post | | | | $49.63 | $49.63 | | $49.63 | | | | $0.00 |
| 3/27/2021 | $492.70 | Post | 5/1/21 | 3/1/19 | $492.71 | -$0.01 | | $0.01 | $49.62 | | | | $0.00 |
| 4/22/2021 | | Pre | | | | $0.00 | | | $49.62 | | $254.34 | | $254.34 |
| 4/24/2021 | $443.08 | Post | | | | $443.08 | $443.08 | | $492.70 | | | | $254.34 |
| 5/15/2021 | | Pre | PMT | 4/1/19 | | $0.00 | | | $492.70 | 9/1/2018 | $287.87 | $443.08 | $99.23 |
| 5/28/2021 | $492.71 | Post | 6/1/21 | 5/1/19 | $492.71 | $0.00 | | | $492.70 | | | | $99.23 |
| 6/28/2021 | $492.72 | Post | 7/1/21 | 6/1/19 | $492.71 | $0.01 | | $0.01 | $492.71 | | | | $99.23 |
| 7/16/2021 | | Pre | | | | $0.00 | | | $492.71 | | $297.46 | | $396.69 |
| 7/30/2021 | $492.72 | Post | 8/1/21 | 7/1/19 | $492.71 | $0.01 | | $0.01 | $492.72 | | | | $396.69 |
| 8/4/2021 | | Pre | | | | $0.00 | | | $492.72 | | $297.47 | | $694.16 |
| 8/5/2021 | | Pre | PMT | 8/1/19 | | $0.00 | | | $492.72 | 10/1/2018 | | $443.08 | $251.08 |
| 8/23/2021 | $443.08 | Post | 9/1/21 | 9/1/19 | $492.71 | -$49.63 | | $49.63 | $443.09 | | | | $251.08 |
| 8/25/2021 | | Pre | | | | $0.00 | | | $443.09 | | $297.46 | | $548.54 |
| 8/26/2021 | | Pre | PMT | 10/1/19 | | $0.00 | | | $443.09 | 11/1/2018 | | $443.08 | $105.46 |
| 9/21/2021 | | Pre | | | | $0.00 | | | $443.09 | | $297.46 | | $402.92 |
| 9/24/2021 | $443.08 | Post | 10/1/21 | 11/1/19 | $492.71 | -$49.63 | | $49.63 | $393.46 | | | | $402.92 |
| 10/22/2021 | | pre | | | | $0.00 | | | $393.46 | | $297.47 | | $700.39 |
| 10/22/2021 | $492.71 | Post | 11/1/21 | 12/1/19 | $492.71 | $0.00 | | | $393.46 | | | | $700.39 |
| 10/25/2021 | | Pre | PMT | 1/1/20 | | $0.00 | | | $393.46 | 12/1/2018 | | $443.08 | $257.31 |
| 11/21/2021 | | Pre | | | | $0.00 | | | $393.46 | | $288.92 | | $546.23 |
| 11/22/2021 | $492.71 | Post | 12/1/21 | 2/1/20 | $492.71 | $0.00 | | | $393.46 | | | | $546.23 |
| 12/27/2021 | $492.71 | Post | 1/1/22 | 3/1/20 | $492.98 | -$0.27 | | $0.27 | $393.19 | | | | $546.23 |
| 12/31/2021 | | pre | | | | $0.00 | | | $393.19 | | 288.91 | | $835.14 |
| 1/3/2022 | | Pre | PMT | 4/1/20 | | $0.00 | | | $393.19 | 1/1/2019 | | $443.08 | $392.05 |
| 1/24/2022 | $492.71 | Post | 2/1/22 | 5/1/20 | $492.98 | -$0.27 | | $0.27 | $392.92 | | | | $392.05 |
| 1/25/2022 | | Pre | | | | $0.00 | | | $392.92 | | $288.92 | | $680.96 |
| 1/25/2022 | | Pre | PMT | 6/1/20 | | $0.00 | | | $392.92 | 2/1/2019 | | $443.08 | $237.90 |
| 2/13/2022 | | Pre | | | | $0.00 | | | $392.92 | | $288.92 | | $526.82 |
| 2/24/2022 | | Pre | PMT | 7/1/20 | | $0.00 | | | $392.92 | 3/1/2019 | | $433.08 | $93.74 |
| 2/25/2022 | $492.98 | Post | 3/1/22 | 8/1/20 | $492.98 | $0.00 | | | $392.92 | | | | $93.74 |
| 3/21/2022 | | Pre | | | | $0.00 | | | $392.92 | | $288.91 | | $382.65 |
| 3/25/2022 | $492.98 | Post | 4/1/22 | 9/1/20 | $492.98 | $0.00 | | | $392.92 | | | | $382.65 |
| 4/21/2022 | | Pre | | | | $0.00 | | | $392.92 | | $11,118.92 | | $11,501.57 |
| 4/25/2022 | $492.98 | Post | 5/1/22 | 10/1/20 | $492.98 | $0.00 | | | $392.92 | | | | $11,501.57 |
| 4/26/2022 | | Pre | PMT | 11/1/20 | | $0.00 | | | $392.92 | 4/1/2019 | | $433.08 | $11,068.49 |
| 4/26/2022 | | Pre | Corp | | | $0.00 | | | $392.92 | | | $1,565.00 | $9,503.49 |
| 4/26/2022 | | Pre | Escrow | | | $0.00 | | | $392.92 | | | $875.07 | $8,628.42 |
| | | | | | | $0.00 | | | $392.92 | | | | $8,628.42 |
| | | | | | | $0.00 | | | $392.92 | | | | $8,628.42 |
| | | | | | | $0.00 | | | $392.92 | | | | $8,628.42 |
| | | | | | | $0.00 | | | $392.92 | | | | $8,628.42 |
| | | | | | | $0.00 | | | $392.92 | | | | $8,628.42 |
| | | | | | | $0.00 | | | $392.92 | | | | $8,628.42 |
| | | | | | | $0.00 | | | $392.92 | | | | $8,628.42 |
| | | | | | | $0.00 | | | $392.92 | | | | $8,628.42 |
| | | | | | | $0.00 | | | $392.92 | | | | $8,628.42 |
| | | | | | | $0.00 | | | $392.92 | | | | $8,628.42 |
| | | | | | | $0.00 | | | $392.92 | | | | $8,628.42 |
| | | | | | | $0.00 | | | $392.92 | | | | $8,628.42 |

Fill in this information to identify the case:

Debtor 1    Kathy Ann Gerber

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the MIDDLE District of PENNSYLVANIA

Case number 5:20-bk-03082-RNO

## Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: LSRMF MH Master Participation Trust II    Court claim no. (if known): 2-2

Last 4 digits of any number you use to
identify the debtor's account: 2930

Does this notice supplement a prior notice of postpetition
fees, expenses, and charges?

■ No

☐ Yes. Date of the last notice:

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

|  | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | 11/04/2020 | (5) | $425.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: Plan Review | 10/30/2020 | (11) | $250.00 |
| 12 | Other. Specify: POC 410A | 11/04/2020 | (12) | $250.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Case 5:20-bk-03082-MJC    Doc    Filed 12/23/20    Entered 12/23/20 11:58:43    Desc
Main Document    Page 1 of 5
Case 5:20-bk-03082-MJC    Doc 44    Filed 05/11/22    Entered 05/11/22 17:59:57    Desc
Main Document    Page 4 of 9

Debtor 1 <u>Kathy Ann Gerber</u>   Case number *(if known)* <u>5:20-bk-03082-RNO</u>
Print Name   Middle Name   Last Name

**Part 2:** Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ <u>/s/ Sindi Mncina</u>   Date <u>12/23/2020</u>
Signature

Print   <u>Sindi Mncina</u>   Title <u>Authorized Agent</u>
First Name   Middle Name   Last Name

Company   <u>RAS Citron, LLC</u>

Address   <u>130 Clinton Rd #202</u>
Number   Street

<u>Fairfield, NJ 7004</u>
City   State   ZIP Code

Contact Phone   <u>470-321-7112</u>   Email <u>smncina@raslg.com</u>

Official Form 410S2   Notice of Postpetition Mortgage Fees, Expenses, and Charges   page 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on     December 23, 2020    , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Kathy Ann Gerber
718 E Broad Street
Tamaqua, PA 18252

### And via electronic mail to:

Charles Laputka
Laputka Law Offices
1344 West Hamilton Street
Allentown, PA 18102

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

By: /s/ Sacoria Registre
Sacoria Registre
Email: sregistre@rascrane.com

Official Form 410S2          Notice of Postpetition Mortgage Fees, Expenses, and Charges          page 3

Case 5:20-bk-03082-MJC     Doc     Filed 12/23/20   Entered 12/23/20 11:58:43     Desc
Main Document        Page 3 of 5
Case 5:20-bk-03082-MJC     Doc 44   Filed 05/11/22   Entered 05/11/22 17:59:57     Desc
Main Document        Page 6 of 9

| | | | | |
|---|---|---|---|---|
| **Vendor** | McCabe, Weisberg & Conway, LLC | **Regarding:** | **Invoice Number:** | ▓▓▓▓ |
| **Address** | 123 South Broad Street Ste.1400 | KATHY A GERBER | **Invoice Status:** | Check Confirmed (Res) |
| | Philadelphia, PA 19109 | 718 E BROAD ST | **Loan No.:** | ▓▓▓▓ |
| **Payee Code:** | ▓▓▓▓ | TAMAQUA, PA 18252 | **Loan Type:** | Conventional |
| **Vendor Contact:** | LPSInvoices | | **Acquistion Date:** | |
| **Vendor Ref #:** | ▓▓▓▓ | | **Type:** | Non-Judicial |
| **Servicer:** | Caliber Home Loans, Inc. - (M867) | | **Referral Date :** | 10/30/2020 |
| **Inv. ID / Cat. ID** | | | **Loan Location:** | |
| **Investor Name** | LSRMF MH MASTER PARTICIPATION TRST2 | | **BK Case No:** | 5:20-bk-03082-RNO |
| **Invoice ID** | ▓▓▓▓ | | **Submitted Date:** | 11/2/2020 |
| **Litigation Status Code:** | ▓▓▓▓ | | **Vendor Invoice Date:** | 11/2/2020 |
| **Man Code:** | | | **Paid In Full Date:** | N/A |
| | | | **Foreclosure Removal Date:** | N/A |
| | | | **MS Status:** | N/A |
| | | | **Relief Requested Date:** | N/A |
| | | | **Protection Begin Date:** | N/A |
| | | | **Protection End Date:** | N/A |

**Original Mortgage Amount:** $0.00

### Bankruptcy - Bankruptcy Services

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 11/02/2020 | 12/02/2020 | 12/04/2020 | | 12/04/2020 | 12/04/2020 | 12/05/2020 | 33 |

| Dept | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guidline | Invoice Mapping | History | Payments | Reconcilation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| **Fees** | Total: | $250.00 | Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | Exc Ord Allw: |
| **Costs** | Total: | $0.00 | Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | Exc Ord Allw: |
| | | | | | Exc. Loan Total Fees/Costs Allow: | |
| **Totals** | **Inv Amt:** | **$250.00** | **Prev. Billed:** | **$0.00** | **Loan Total Fees/Costs Prev.Billed:** $2,105.00 | **Exc Ord Allw:** |

**Fees**

| Category | Subcategory | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees | Plan Review Fee | 10/30/20 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |

Note: Review of Plan Recoverable (RECOVERABLE)
Exceptions:

| | | | |
|---|---|---|---|
| | **Total:** | $250.00 | $0.00 | $250.00 |
| | **Invoice Total:** | $250.00 | $0.00 | $250.00 |

| | | | |
|---|---|---|---|
| **Vendor** | Robertson, Anschutz, Schneid & Crane, LLC | **Regarding:** | **Invoice Number:** ▮ |
| **Address:** | 10700 Abbotts Bridge Road, Suite 110 | KATHY A GERBER | **Invoice Status:** Check Confirmed |
| | Duluth, GA 30097 | 718 E BROAD ST | **Loan No.:** |
| **Payee Code:** ▮ | | TAMAQUA, PA 18252 | **Loan Type:** Conventional |
| **Vendor Contact:** | Melissa Davis | | **Acquistion Date:** |
| **Vendor Ref #:** ▮ | | | **Type:** Non-Judicial |
| **Servicer:** | Caliber Home Loans, Inc. - (M867) | | **Referral Date :** 11/4/2020 |
| **Inv. ID / Cat. ID** | | | **Loan Location:** |
| **Investor Name** | **LSRMF MH MASTER PARTICIPATION TRST2** | | **BK Case No:** 20-03082-APOC |
| | | | **Submitted Date:** 11/13/2020 |
| **Invoice ID** ▮ | | | **Vendor Invoice Date:** 11/13/2020 |
| **Litigation Status Code:** | | | **Paid In Full Date:** N/A |
| **Man Code:** | | | **Foreclosure Removal Date:** N/A |
| | | | **MS Status:** N/A |
| | | | **Relief Requested Date:** N/A |
| | | | **Protection Begin Date:** N/A |
| | | | **Protection End Date:** N/A |

**Original Mortgage Amount:** $0.00

### Bankruptcy - Bankruptcy Services

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 11/13/2020 | | | | 11/13/2020 | 11/13/2020 | 11/14/2020 | 1 |

Dent | Comments | Line Items | Exceptions | Edit Summary | Adl. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation

| | | | | | |
|---|---|---|---|---|---|
| **Fees** | Total: | $675.00 | Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | Exc Ord Allw: |
| **Costs** | Total: | $0.00 | Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | Exc Ord Allw: |
| | | | | | Exc. Loan Total Fees/Costs Allow: | |
| **Totals** | **Inv Amt:** | **$675.00** | **Prev. Billed** | **$0.00** | **Loan Total Fees/Costs Prev.Billed:** $2,388.70 | **Exc Ord Allw:** |

**Fees**

| Category | Subcategory | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees | POC Filing Fee | 11/04/20 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |
| | Note: Bankruptcy PA Proof of Claim Part 5 (410A) NR - BK POC Part 5- Standard- PA. Please be advised there isa possibility that this loan might be subject to the restrictions of Pennsylvania Act 6, however, RAS did not have enough Information to make | | | | | | |
| Attorney Fees | Proof of Claim | 11/04/20 | 1 | $425.00 | $425.00 | $0.00 | $425.00 |
| | Note: Bankruptcy PA Proof of Claim (Non-Recoverable) - BK WIPNEW- POC Filed- PA. Please be advised there is a possibility that this loan might be subject to the restrictions of Pennsylvania Act 6, however, RAS did not have enough information to make this deter | | | | | | |
| | | | | **Total:** | **$675.00** | **$0.00** | **$675.00** |
| | | | | **Invoice Total:** | **$675.00** | **$0.00** | **$675.00** |

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:                      :
                            :

KATHY ANN GERBER        :
xxx-xx-6413                 :CHAPTER 13
           Debtor        :CASE NO. 20-03082-MJC
                            :

## CERTIFICATION OF SERVICE

I hereby certify that service upon all interested parties via regular mail was made by

sending true and correct copies of US Bank's partial agreed response to Trustee's Notice of

Final Cure Payment as follows:

       Date Served: May 11, 2022

       Jack N Zaharopoulos (Trustee)
       8125 Adams Drive, Suite A
       Hummelstown, PA 17036
       ***Chapter 13 Trustee – served ECF Filing Only***

       Kathy Ann Gerber
       718 E Broad Street
       Tamaqua, PA 18252
       ***DEBTOR***

       United States Trustee
       228 Walnut Street, Suite 1190
       Harrisburg, PA 17101
       ***US TRUSTEE- served via ECF Filing Only***

       Charles Laputka
       Laputka Law Offices
       1344 West Hamilton Street
       Allentown, PA 18102
       ***ATTORNEY FOR*** *DEBTOR - served **via ECF Filing Only***

I certify under penalty of perjury that the foregoing is true and correct.

Dated: May 11, 2022                      /s/ Emmanuel J. Argentieri
                                        Emmanuel J. Argentieri